■ In the Matter of GEORGINA DOMINGO, Appellant, v JOHN FERRELL, Respondent. [864 NYS2d 379]—Appeal from an order of the Family Court, Ontario County (William F. Kocher, J.), entered May 21, 2007 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition to modify a prior custody order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.